UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN K. GRELLE :
    Plaintiff/Counterclaim Defendant, :
: Case No. 1:07CV00766 (RJL/AK)
v. :
:
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA :
    Defendant/Counterclaim Plaintiff :

### AFFIDAVIT OF SERVICE

I affirm under penalties of perjury that on the first day of June, 2007, I served a copy of the Complaint, summons, related case sheet, and intial orders upon in this judicial district upon David J. Farber, Esq., 2550 M Street, N.W., Washington, D.C. 20037, counsel for Defendant, who agreed to accept service of process in this case for Defendant effective June 9, 2007.

Dated: June 21, 2007

                              Respectfully submitted,

                              Offit Kurman, P.A.

By: _____
Eric Pelletier, 454794
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, Maryland 20759
(301) 575-0339
(301) 575-0300 (fax
epelletier@offitkurman.com

*Counsel for Plaintiff*

428514

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2007, I served a copy of the foregoing Affidavit of Service via first class mail, and via email upon:

>David J. Farber
>Shannon W. Conway
>Patton Boggs, LLP
>2550 M Street, N.W.
>Washington, D.C. 20037
>*Counsel for Defendant*
>*National Union Fire Insurance*
>*Company of Pittsburgh, PA*

_____
Eric Pelletier

428514

2