UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN K. GRELLE** : | |
|     Plaintiff/Counterclaim Defendant, : | |
| : | Case No. 1:07CV00766 (RJL/AK) |
| v. : | |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA** : | |
|     Defendant/Counterclaim Plaintiff : | |

## CONSENT MOTION TO STAY

Defendant/Counterclaim Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through its undersigned counsel and pursuant to Local Civil Rule 7, hereby moves to stay the above-captioned coverage case until a resolution of the underlying claims between Plaintiff/Counterclaim Defendant John K. Grelle ("Grelle") and other plaintiffs/defendants before this Court.

A stay of this action is consistent with this Court's previous stay of the related coverage cases in Case Nos. 1:06CV00080 (*Ullico, Inc. v. National Union, et al*) and 1:04CV00970 (*Carabillo v. National Union, et al*) by Order dated March 13, 2007. In addition, counsel for National Union contacted counsel for Grelle, who has indicated that Grelle consents to the requested stay.

428514

Dated: June 29, 2007

                                                                  Respectfully submitted,

                                                                   **PATTON BOGGS LLP**

                    By:               /s/
                            David J. Farber (415899)
                            Shannon W. Conway (477863)
                            2550 M Street, N.W.
                            Washington, D.C. 20037
                            Telephone: (202) 457-6000
                            Facsimile: (202) 457-6315

                            *Counsel for Defendant/Counterclaim*
                            *Plaintiff National Union Fire Insurance*
                            *Company of Pittsburgh, PA*