AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN K. GRELLE

      Plaintiff(s)    )    **APPEARANCE**

vs.

NATIONAL UNION FIRE INSURANCE   )   CASE NUMBER  1:07-cv-00766
COMPANY OF PITTSBURGH, PA
      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __David J. Farber__ as counsel in this
                               (Attorney's Name)

case for: __National Union Fire Insurance Company of Pittsburgh, PA__
                      (Name of party or parties)

29 June 2007                                *David Farber /swc*
Date                                           Signature

                                            David J. Farber
415899                                            Print Name
BAR IDENTIFICATION
                                            2550 M Street, N.W.
                                            Address

                                            Washington, DC     20037
                                            City        State        Zip Code

                                            (202) 457-6000
                                            Phone Number