**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN K. GRELLE** | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | **:** | Case No. 1:07CV00766 (RJL/AK) |
| **v.** | : | |
| | : | |
| **NATIONAL UNION FIRE INSURANCE** | : | |
| **COMPANY OF PITTSBURGH, PA** | : | |
| **Defendant/Counterclaim Plaintiff** | : | |

**CONSENT MOTION TO EXTEND DEADLINE**
**TO ANSWER COUNTERCLAIM**

Plaintiff / Counterclaim Defendant John Grelle ("Grelle") by and through his undersigned counsel, hereby moves to extend the time in which to file an he must file an Answer to the Counter claim to July 27, 2007.   Mr. Grelle's Answer would otherwise be due July 18, 2007.  The bases for this request are:  (1) undersigned counsel for Grelle will be out of town during the week of July 16-20 and the additional time is necessary to prepare the answer under the circumstances; and, (2)  there is a pending Consent Motion to Stay this matter (a stay is already in place in related insurance coverage cases), and if the stay is granted before July 27, 2007, Mr. Grelle can avoid, for the indefinite future, the expense associated with answering the Counterclaim while the stay is in place.

Counsel for Grelle contacted counsel for National Union, who has indicated that National Union consents to the relief requested by this motion.

Dated:  July 12, 2007

Respectfully submitted,

OFFIT KURMAN, P.A.

By:

_____
/s/

Eric Pelletier, Unified Bar – 454794
8171 Maple Lawn Boulevard,
Suite 200
Fulton, Maryland 20759
(301) 575-0339
(301) 575-0335 (f)
epelletier@offitkurman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2007 I served a copy of the foregoing

Consent Motion to Extend Time to Answer Counterclaim, electronically, via ecf filing,

upon

David J. Farber (DFarber@PattonBoggs.com)
Shannon W. Conway (sconway@pattonboggs.com)
2550 M Street, N.W.
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
*Counsel for Defendant/Counterclaim Plaintiff National Union Fire
Insurance Company of Pittsburgh, PA*

_____
/s/

Eric Pelletier

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN K. GRELLE** | : |
| **Plaintiff/Counterclaim Defendant,** | : |
| | **:**Case No. 1:07CV00766 (RJL/AK) |
| **v.** | : |
| | : |
| **NATIONAL UNION FIRE INSURANCE** | : |
| **COMPANY OF PITTSBURGH, PA** | : |
| **Defendant/Counterclaim Plaintiff** | : |

## <u>ORDER</u>

UPON CONSIDERATION, of  the "Consent Motion to Extend Time to Answer

Counterclaim," and there being consent to the Relief requested, it be and hereby is this

_____ day of July 2007,

ORDERED, that the Counterclaim Defendant shall have until and including **July**

**27, 2007** to file an Answer to the Counterclaim, if this case has not been stayed by that

time.

_____
Richard J. Leon
United States District Judge